[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 3, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-16015
Non-Argument Calendar

_____

D. C. Docket No. 05-02008-CV-TWT-1

ALICE V. HENRY,

Plaintiff-Appellant,

versus

FULTON COUNTY BOARD OF EDUCATION,
FULTON COUNTY SCHOOL DISTRICT,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(July 3, 2007)**

Before TJOFLAT, BIRCH and PRYOR, Circuit Judges.

PER CURIAM:

In this Family and Medical Leave Act ("FMLA")[1] case against the Fulton County School District ("FCSD"), Alice Henry alleged that FCSD (1) interfered with her rights under the FMLA, and (2) retaliated against her by terminating her employment because she exercised her rights under the Act. The district court, in a comprehensive order dated October 10, 2006, record, vol. 2 at tab 47, granted FCSD summary judgment. Henry now appeals. We affirm the court's judgment, finding no merit in Henry's claims for the reasons the court rejected them.

**AFFIRMED.**

---

[1] See 29 U.S.C. § 2601, et seq.